O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Hassan Hamad Althani,<br><br>　　　　　Defendant. | Case No.:<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of<br>Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge _Bartick of the Southern District of California_, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

　　(A)　[X]　that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　　(B)　[X]　that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_admits failing to report by telephone and in person and failing to report contact with law enforcement_

and

(2)

    (A)   (X)   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)   (X)   that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)   (X)   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

    ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X)   IT IS ORDERED that the defendant be detained prior to ~~trial~~ transportation to the Southern District of California

DATED: __6/26/13__      _/s/ Jean Rosenbluth_
                                         JEAN ROSENBLUTH
                                         U.S. MAGISTRATE JUDGE